# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>IDONTLIKEYOUINTHATWAY.COM, a business form unknown; CRAVEONLINE MEDIA, LLC, a California limited liability company; ATOMICONLINE, LLC, a California limited liability company; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. CV11-10035 GHK (PLAx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION**<br><br>Hon. George H. King<br>Courtroom 650<br><br>Complaint Filed: December 2, 2011 |

IR01DOCS527979.1

# ORDER

Pursuant to the parties' Stipulated Protective Order re Confidential Information filed with this Court on March 1, 2012, the Order is hereby granted.

Dated: March 5, 2012

_____
Paul L. Abrams
United States Magistrate Judge