Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767)
carledge@onellp.com
Imran F. Vakil (Bar No. 248859)
ivakil@onellp.com
ONE LLP
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081
Attorneys for Plaintiff, Mavrix Photo, Inc.

Jonathan Stuart Pink
jonathan.pink@bryancave.com
BRYAN CAVE LLP
3161 Michelson Drive,
Suite 1500,
Irvine, CA 92612-4414
(949) 223-7173
Attorneys for Defendants
Idontlikeyouinthatway.com, Craveonline Media,
LLC, And Atomiconline.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation<br><br>            Plaintiff,<br><br>            v.<br><br>IDONTLIKEYOUINTHATWAY.COM, a business form unknown; CRAVEONLINE MEDIA, LLC, a California limited liability company; ATOMICONLINE, LLC, a California limited liability company; and DOES 1-10 INCLUSIVE,<br><br>            Defendants. | **Case No. CV11-10035 GHK (PLAx)**<br><br>**JOINT STIPULATION DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint filed:  December 2, 2011<br><br>First Amended Complaint filed: May 7, 2011 |

1
**JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S
FIRST AMENDED COMPLAINT - CV11-10035 GHK (PLAx)**

1   WHEREAS Plaintiff filed its Complaint on December 2, 2011;

2   WHEREAS Plaintiff filed its First Amended Complaint on May 7, 2011;

3   WHEREAS Plaintiff and Defendants engaged in extensive settlement discussions
4   between April 2012 and May 2012, and agreed to a settlement of the above captioned
5   action.

6   WHEREAS Plaintiff, Defendants, and respective counsel subsequently exchanged
7   formal settlement drafts, and have finally agreed on confidential settlement terms contained
8   therein;

9   WHEREAS all parties have executed their respective portions of the settlement
10  agreement, which includes a dismissal with prejudice of the above captioned suit.

12  The parties hereby stipulate as follows:

13  1.  All claims contained in Plaintiff's First Amended Complaint shall be
14      dismissed with prejudice.
15  2.  The other terms of the settlement shall remain confidential.

Dated: June 4, 2012                                **ONE LLP**


                                                   By:   /s/Imran F. Vakil/
                                                         Imran F. Vakil

                                                   *Attorneys for Plaintiff*
                                                   *Mavrix Photo. Inc.*


Dated: June 4, 2012                                **BRIAN CAVE LLP**


                                                   By:   /s/Jonathan Stuart Pink/
                                                         Jonathan Stuart Pink

                                                   *Attorneys for Defendants*
                                                   *Idontlikeyouinthatway.com, Craveonline*
                                                   *Media. LLC. and Atomiconline LLC.*

---

**JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S
FIRST AMENDED COMPLAINT - CV11-10035 GHK (PLAx)**