**FILED: 6/12/12**

**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IDONTLIKEYOUINTHATWAY.COM, a business form unknown; CRAVEONLINE MEDIA, LLC, a California limited liability company; ATOMICONLINE, LLC, a California limited liability company; and DOES 1-10 INCLUSIVE,<br>　　　　　　　　Defendants. | **Case No. CV11-10035 GHK (PLAx)**<br><br>**[~~PROPOSED~~] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint filed: December 2, 2011<br><br>First Amended Complaint filed: May 7, 2011 |

1

**[PROPOSED] JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S FIRST AMENDED COMPLAINT - CV11-10035 GHK (PLAx)**

# [PROPOSED] ORDER

**IT IS SO ORDERED**

By stipulation of the parties and good cause having been shown, Plaintiff's First Amended Complaint filed May 7, 2011 and all claims thereto shall be dismissed with prejudice.

Dated:  6/11/12

_____
The Honorable George H. King
U.S. Federal District Judge
Central District of California

---

**[PROPOSED] JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S FIRST AMENDED COMPLAINT - CV11-10035 GHK (PLAx)**